AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Nerlyn Polycarpe | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>21-6085-MJ-STRAUSS |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 18, 2021__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Secton 1708 | Theft of U.S. Mail |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Inspector Anthony Arena, USPIS
*Printed name and title*

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by:
FaceTime

Date: 02/18/2021

*Judge's signature*

City and state: Fort Lauderdale, FL

HON. JARED M. STRAUSS
*Printed name and title*

## AFFIDAVIT

I, Anthony Arena, being duly sworn, depose and state as follows:

1. I am a U.S. Postal Inspector with the United States Postal Inspection Service ("USPIS"), currently assigned to the Miami Division's Headquarters External Crimes Team. I have been an Inspector for USPIS since July 2014. My responsibilities include the investigation concerning robberies; identify theft, and theft of mail. I have received training in criminal investigation procedures and criminal law and have conducted numerous criminal investigations involving the theft of mail. This affidavit does not include every fact known to me concerning this investigation, I have set forth only the facts I believe establish a violation of Federal law.

2. The facts contained in this affidavit are based on my personal knowledge and information provided to me by other agents, inspectors, law enforcement officers and the defendant. This affidavit is being submitted for the limited purpose of establishing probable cause that NERLYN POLYCARPE ("POLYCARPE") did knowingly steal and take a letter and mail and a thing contained therein from and out of a letterbox, mail receptacle, and other authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708. The facts set forth herein do not constitute all the facts known to law enforcement officers regarding this matter.

3. On or about February 18, 2021 at 12:15 AM, Plantation Police Department ("PPD") Officers were dispatched to Plantation Pines Condominiums located at 469 N Pine Island Road in Plantation, FL reference an individual breaking into the condominium panel style mailboxes. The mailbox located at the Plantation Pines Condominiums is a multi-resident panel style box, known as a neighborhood delivery cluster box unit ("NDCBU").

1

4. A.N., a witness, heard two loud bangs come from the area of the NDCBU. A.N. opened the front door to the residence and observed POLYCARPE standing near the NDCBU. A.N. noticed a red and black utility bag open with U.S. Mail inside the bag and on the floor around the bag. A.N. observed POLYCARPE pick up all the mail and placed it into the bag and leave the area. A.N. heard POLYCARPE walking towards the parking lot and a short time later a vehicle engine turn on. A.N. went to the rear sliding glass door and observed a gray vehicle leave the complex parking lot. A.N. noticed that the vehicle had brake lights when it stopped, but no tail lights when in motion. This information was relayed to 9-1-1 dispatch communications.

5. PPD Officers eventually made contact with a vehicle fitting the description that A.N. provided to 9-1-1 dispatch. PPD Officers made contact with the vehicle and the two occupants at the Mobil Gas Station, located at 6099 W. Sunrise Blvd. Plantation. PPD Officers observed the driver of the vehicle, matched the description that was provided by A.N. of the individual stealing the mail, and a red and black duffle bag located on the driver's side passenger seat. PPD Officers were able to observe the mailing addresses on the mail inside the red and black duffle bag in plain view. The mailing addresses were confirmed as the same address from the initial theft location. PPD Officers identified the driver as POLYCARPE and the passenger as John Julemis. Both POLYCARPE and Julemis were detained pending further investigation.

6. PPD Officers read POLYCARPE and Julemis their *Miranda* Warnings and they waived their rights and agreed to speak with law enforcement. Post-*Miranda* warnings, POLYCARPE admitted to PPD Officers that he used a crowbar to forcefully gain entry into the mailboxes to steal the mail. Julemis stated that he was sleeping in the vehicle during the incident. Both POLYCARPE and Julemis were arrested by PPD.

7. During a tow inventory search of the Honda Accord, law enforcement located approximately 52 pieces of U.S. mail, the red duffle bag described by the witness, and a crowbar inside the vehicle. The addresses listed on the U.S. Mail were confirmed as the same address from the initial theft location.

8. On February 18, 2021, at approximately 4:30 am, U.S. Postal Inspector Arena responded to the PPD and met with law enforcement. At 5:49 am, Postal Inspector Arena interviewed POLYCARPE and read him his *Miranda* Warning. POLYCARPE waived his rights and agreed to speak with Inspector Arena. Post-*Miranda* warnings, POLYCARPE stated that he met Julemis in the area of Oakland Park during the evening and drove Julemis' vehicle to the Plantation Pines Condominiums. POLYCARPE stated that he went to the mailboxes looking for newspapers so that he can do art projects with the newspapers. POLYCARPE stated that when there was no trash can with thrown away flyers/mailers/newspapers, POLYCARPE decided to break-in the mailbox to get newspapers and mail. POLYCARPE initially stated that he hit his elbow on the mailbox which made a loud noise. POLYCARPE eventually admitted that he found a metal object on the ground and found a "gap" in the mailbox to stick the metal object. POLYCARPE stated he kicked the metal object multiple times into the locked box to force the mailbox open. POLYCARPE stated that he grabbed everything (all mail) and put the mail in the duffle bag. POLYCARPE eventually stated that he made a "wrong decision". POLYCARPE stated that Julemis was sleeping in the passenger seat during the incident and was not involved. This interview was recorded using an audio and video system.

9. At 6:56 am, Postal Inspector Arena interviewed Julemis and read him his *Miranda* Warnings. Julemis waived his rights and agreed to speak with Inspector Arena. Post-*Miranda* warnings, Julemis stated that he was at home when POLYCARPE came over to his

residence. Julemis stated that he and POLYCARPE went and got cigars from a corner store on 19th Street and State Road 7. After he got the cigars, POLYCARPE drove the vehicle while he was in the passenger seat. Julemis stated that he was tired and fell asleep and woke up when they got to the Mobil Gas Station. As he was exiting the vehicle, PPD Officers made contact with him. Julemis was unable to provide any other information. This interview was recorded using an audio and video system.

10. Contact was made with two victims whose mail was found inside the vehicle POLYCARPE was driving. The victims, N.A. and A.Y., both stated that they did not know POLYCARPE. The victims stated they did not give POLYCARPE permission to be in possession of their mail.

11. Based on the above facts, I submit that there is probable cause to believe that NERLYN POLYCARPE did steal and take a letter and mail and a thing contained therein from and out of a letterbox, mail receptacle, and other authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

FURTHER YOUR AFFIANT SAYETH NAUGHT

ANTHONY ARENA, POSTAL INSPECTOR
UNITED STATES POSTAL INSPECTION SERVICE

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by:
FaceTime

this 18th day of February, 2021.

JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

4